# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name:  **Edward L. & Becky S. Ketcham**                                        Case No.  **10-81358**

Appearances at First Meeting: _____

## Plan Information

- **X**  Plan         ___  Amended Plan
- Plan Payment:  $598.41 Monthly

Plan Term: 60 Months   Plan Percentage: 15%

| Item | Amount |
|---|---|
| Priority Creditors: | 8,376 |
| Arrearage: | |
| Secured Creditors: | 4,910 |
| Special Unsecured: | |
| General Unsecured: | 16,114 |
| Attorney Fee: | 2,914 |
| Trustee Fee: | 3,590 |
| Total Plan | 35,904.60 |

Wage Deduction:  ___ Yes   **X** No

Direct Payments:  1st Mtg - Chase

Other: _____

## Means Test Information

- ___ Over Median    **X** Under Median
- **X** Income Verified
- ___ Form 22C approved by Trustee
- ___ Form 22C contested by Trustee
    - ___ Income   ___ Standardized Deductions
    - ___ Additional Expense Deductions   ___ Debt Payment
- ___ Amended Form 22C to be filed

| | |
|---|---|
| Line 59 - Mo. Disposable Income: | $ |
| Sixty Month Total: | $ |
| Total Plan Distribution to Unsecured Creditors | $ |

## Trustee Recommendations

- **X**  Confirm plan as filed
- ___  Confirm plan with following changes:
- ___  Amended Plan to be filed within ___ Days
- ___  Request Confirmation Hearing
    - *___ Feasibility   ___ Best Interests of Creditors Test   ___ Valuation of Collateral*
    - *___ Excess Disposable Income   ___ Other:* _____
- Other: _____